[No. 50740-1-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GERMAN
HERNANDEZ-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-00902-2, Charles W. Mertel, J., entered
June 21, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50924-1-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MICHAEL
GONZALES, *Appellant*.

Appeal from judgments of the Superior Court for Sno-
homish County, No. 01-1-01785-8, Kenneth L. Cowsert, J.,
entered March 8 and August 9, 2002. *Affirmed* by unpub-
lished per curiam opinion.

[No. 51358-3-I.   Division One.   June 9, 2003.]

TERRY M. SULLIVAN, ET AL., *Respondents*, v. DAVID SWANSON,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 01-2-30934-0, Suzanne M. Barnett, J., entered
October 17, 2002. *Reversed* by unpublished per curiam
opinion.

[No. 26900-7-II.   Division Two.   June 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LEON
GRAYS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-04831-7, Sergio Armijo, J., entered Janu-
ary 17, 2001. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Morgan and Seinfeld, JJ.